Form ODSC7fi

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Oakland)

| | |
|---|---|
| In re:<br>  Dawood Esmailzadeh<br>  1801 Newcastle Court<br>  Walnut Creek, CA 94595<br><br>  Shahnaz Eini<br>  1801 Newcastle Court<br>  Walnut Creek, CA 94595<br>                    Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>   xxx–xx–6507<br>   xxx–xx–8383 | Case Number: 08–44482 LT 7<br>Chapter: 7 |

## DISCHARGE OF DEBTOR AND FINAL DECREE

   It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED** :
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

   It further appears that the trustee, Tevis Thompson in the above−entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

   ORDERED that the chapter 7 case of the above−named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 11/18/08                              By the Court:

                                             Leslie J. Tchaikovsky
                                             United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 15

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: admin              Page 1 of 1              Date Rcvd: Nov 19, 2008
Case: 08-44482                Form ID: ODSC7fi         Total Served: 25
```

The following entities were served by first class mail on Nov 21, 2008.
```
db          +Dawood Esmailzadeh,    1801 Newcastle Court,    Walnut Creek, CA 94595-2300
jdb         +Shahnaz Eini,    1801 Newcastle Court,    Walnut Creek, CA 94595-2300
smg          CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA  94280-0001
smg         +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
smg         +State Board of Equalization,    Collection Dept.,    P.O. Box 942879,    Sacramento, CA 94279-0001
cr          +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Ste. 200,
              Tucson, AZ 85712-1083
9441947     +Advanta,    PO Box 8088,    Philadelphia, PA 19101-8088
9441948      Bank of America,    PO Box 15102,    Wilmington, DE 19886-5102
9494578     +Chevron,    P.O. Box 2001,    Concord, CA 94529-0001
9441951      Citi Cards,    PO Box 6940,    The Lakes, NV 88901-6940
9441952     +Contra Costa County Tax Collector,    P.O. Box 631,    Martinez, CA 94553-0063
9441956     +Third Ave LLC,    c/o Amir Shahmirza,    10 Rollins Road #217,    Millbrae, CA 94030-3129
9441958      Vahid Esmailzadeh,    1301 New Castle Court,    Walnut Creek, CA 94595
9441957     +Vahid Esmailzadeh,    1801 New Castle Court,    Walnut Creek, CA 94595-2300
9441959     +Washington Mutual,    PO Box 78148,    Phoenix, AZ 85062-8148
9441960     +Wells Fargo,    P.O. Box 30427,    Los Angeles, CA 90030-0427
```
The following entities were served by electronic transmission on Nov 20, 2008.
```
smg          EDI: CALTAX.COM Nov 20 2008 03:23:00      CA Franchise Tax Board,
              Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
cr           EDI: RECOVERYCORP.COM Nov 20 2008 03:18:00      GE Money Bank c/o Recovery Management Systems Corp,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
9441948      EDI: BANKAMER2.COM Nov 20 2008 03:23:00      Bank of America,    PO Box 15102,
              Wilmington, DE 19886-5102
9441949     +EDI: HFC.COM Nov 20 2008 03:18:00      Best Buy,    PO Box 60148,    City Of Industry, CA 91716-0148
9441950     +EDI: CHASE.COM Nov 20 2008 03:23:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
9441953      EDI: DISCOVER.COM Nov 20 2008 03:23:00      Discover Card,    PO Box 30395,
              Salt Lake City, UT 84130
9494579     +EDI: RMSC.COM Nov 20 2008 03:18:00      GE Money Bank,    P.O. Box 960061,    Orlando, FL 32896-0061
9441954     +EDI: HFC.COM Nov 20 2008 03:18:00      Levitz,    PO Box 60107,    City Of Industry, CA 91716-0107
9441955     +EDI: TSYS2.COM Nov 20 2008 03:18:00      Macy's,    PO Box 6938,    The Lakes, NV 88901-6938
9494577     +E-mail/PDF: bnc@nordstrom.com Nov 20 2008 06:15:55      Nordstrom Bank,    P.O. Box 79137,
              Phoenix, AZ 85062-9137
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2008**                               **Signature:**   *Joseph Speetjens*